1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

DEANNA JACKSON,
8
                              Plaintiff,          Case No. C13-1560-TSZ-BAT
9
          v.                                       **ORDER REVERSING THE**
10                                                 **COMMISSIONER AND**
    CAROLYN W. COLVIN, Acting                      **REMANDING FOR FURTHER**
11  Commissioner of Social Security,               **PROCEEDINGS**

12                              Defendant.

13          The Court, having reviewed plaintiff's Complaint, the Report and Recommendation of

14  the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record,

15  ORDERS:

16          1.      The Court adopts the Report and Recommendations;

17          2.      The final decision of the Commissioner is **REVERSED** and **REMANDED** for

18  further proceedings consistent with the Report and Recommendation.

19          3.      The Clerk shall send a copy of this Order to the parties.

20          DATED this 21st day of May, 2014.

21

22                                          _____
                                            THOMAS S. ZILLY
23                                          United States District Judge

ORDER REVERSING THE COMMISSIONER AND REMANDING FOR
FURTHER PROCEEDINGS - 1